UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.:

HARVEY FAIR

    Plaintiff,

v.

DAVE MAUS/SEMINOLE TOYOTA

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, FLTVT, L.L.C. d/b/a Seminole Toyota f/k/a David Maus Toyota ("Seminole Toyota") has removed this cause to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

    1.    On or about November 18, 2020, a civil action was filed in the Ninth Judicial Circuit, Orange County, Florida entitled *Harvey Fair v. Dave Maus/Seminole Toyota*, Case No. 2020-CA-011514-0.[1]

    2.    On or about February 24, 2021, Fair filed an Amended Complaint, which was served on March 29, 2021. Other than the Summons, Complaint, Amended Complaint and several Application for Insolvency filed by Fair, Defendants are not aware of any other filings in this case. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

    3.    Seminole Toyota was served with the complaint on March 29, 2021. This Notice of Removal is filed within thirty (30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

---
[1] The original Complaint was never served on Seminole Toyota.

4. Pursuant to 28 U.S.C. § 1446(d), Seminole Toyota, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and have filed a copy of this Notice with the Clerk of the Ninth Judicial Circuit, Orange County, Florida, from which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

## FEDERAL QUESTION JURISDICTION

5. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the Title VII of the Civil Rights Act, 42 U.S.C. §2000e(a)(1)(2), Section 1981(a) (See Complaint, ¶ ¶ 11, 13 and Wherefore clause following ¶14).

6. Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Seminole Toyota accordingly request the removal of this case from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to this Court.

Date: April 15, 2021  Respectfully submitted,

By:   */s/Steven A. Siegel*
      Steven A. Siegel
      Fla. Bar No. 497274
      ssiegel@fisherphillips.com
      Fisher & Phillips LLP
      450 East Las Olas Boulevard
      Suite 800
      Fort Lauderdale, Florida 33301
      Telephone (954) 525-4800
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 15, 2021**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

      */s/Steven A. Siegel*
      Steven A. Siegel
      Fla. Bar No. 497274
      ssiegel@fisherphillips.com
      Ilanit S. Fischler
      Fla. Bar No. 106691
      ifischler@fisherphillips.com
      FISHER & PHILLIPS LLP
      450 East Las Olas Boulevard
      Suite 800
      Fort Lauderdale, FL 33301
      Telephone (954) 525-4800
      Facsimile (954) 525-8739

      *Attorney for Defendant*

## SERVICE LIST

**United States District Court – Middle District of Florida**
*Harvey Fair v. Dave Maus/Seminole Toyota*
Case No.:

Harvey Fair, *pro se*
53 Parker Street E-201
Wallingford, Connecticut 06492

*Pro Se Plaintiff*

Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800

*Attorneys for Defendant*