**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>NINTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u>   COUNTY, FLORIDA

<u>Harvey Keith Fair Sr</u>
Plaintiff                                                                                    Case # _____
                                                                                               Judge   _____

vs.
<u>Seminole Toyota</u>
 Defendant

**II.     AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.     TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

Exhibit A

☐ Replevins
☐ Evictions
　　☐ Residential Evictions
　　☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

　1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Harvey Fair　　　　　　　　　　Fla. Bar #
　　　　　　Attorney or party　　　　　　　　　　(Bar # if attorney)

Harvey Fair　　　　　　　　11/19/2020
(type or print name)　　　　　　Date

- 3 -

Exhibit A

IN CIRCUIT COURT, NINTH JUDICIAL CIRCUIT
ORANGE COUNTY, FLORIDA

HARVEY FAIR,

           Plaintiff,

vs.                                               CASE NO: 2020-CA-011514-O

DAVE MAUS/SEMINOLE TOYOTA,

           Defendant.
_____/ AMENDED COMPLAINT

**SUMMONS**

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    DAVE MAUS/SEMINOLE TOYOTA
                                    By Serving: **MANAGER**
                                      1160 Rinehart Road
                                      Sanford, FL 32771

Each defendant is required to serve a written defense to the complaint or petition on Plaintiff whose name and address is:
                            Harvey Fair
                            53 Parker Street E-201
                            Wallingford, Connecticut 06492

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint of petition.

        DATED on  03/09/2021

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

TIFFANY MOORE RUSSELL
Clerk of Court

By:  /S/ RAMONA VELEZ
      Deputy Clerk

Exhibit A

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

___Harvey Fair_____     CASE NO._____
Plaintiff/Petitioner or In the Interest of
vs.
_Seminole Toyota_____
Defendant//Respondent

**APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS**

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __1____dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?..!.Yes….No Does your Spouse Work?...Yes….No !   Annual Spouse Income?   $___17000_____

2. **I have a net income of $___235.00_____** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____. *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   Second Job ...................................... Yes $ _____ No    Veterans' benefits ..................................... Yes $ _____no__ No !
   Social Security benefits                                           Workers compensation ............................. Yes $ _____no___ No !
   For you ......................................... Yes $ 235.00_____ No   Income from absent family members ........ Yes $ _____no_____ No!
   For child(ren) ............................... Yes $ _____no___ No    Stocks/bonds ............................................. Yes $ ____no_____ No
   !!!Unemployment compensation ......... Yes $ ___no_____ No   Rental income .......................................... Yes $ ____no_____ No
   Union payments .............................. Yes $ _____no___ No    Dividends or interest ................................ Yes $ _____no____ No
   Retirement/pensions ...................... Yes $ _____no_____ No   Other kinds of income not on the list ........ Yes $ _____no_____ No
   Trusts ............................................. Yes $ _____no_____ No   Gifts .......................................................... Yes $ _____no_____ No

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*
   Cash .............................................. Yes $_____noNo         Savings account ............................................ Yes_____ $ No
   Bank account(s) .............................. Yes $_____noNo         Stocks/bonds ................................................ Yes_____ $ No
   Certificates of deposit or                                               Homestead Real Property*                       _____
   ........................... Yes $ No
   Money market accounts ................... Yes $ no_____No   Motor Vehicle* ................................................ Yes $         noNo
   Boats* ........................................ Yes $_____noNo      Non-homestead real property/real estate* ...... Yes $ No
                                                                               Other assets*                    Yes $_____No
   Check one: I ( ) DO (!) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of $_70,000_____** as follows:  Motor Vehicle $___38000_____, Home $_____,
   Boat $_____, Non-homestead Real Property $_____, Child Support paid direct  $__30,000_____, Credit Cards $_____7,000_____, Medical Bills $__200.00_____, Cost of medicines (monthly) $__150.00_____, Other $_____.

6. **I have a private lawyer in this case**………___Yes        _!__No

   A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

   Signed on _11-9-_____, 20_20___.      Harvey Keith Fair_____
   _____04/25/1955_____    _____5108_____    Signature of Applicant for Indigent Status Harvey Keith Fair
     Year of Birth     Last 4 digits of Driver License or ID Number  Print Full Legal Name _____
     Email address:  fairharveyk@gmail.com_____   Phone Number/s:  352=777-3382

Exhibit A

_____53 Parker St E-201 Wallingford Ct 06492_____
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____ Clerk/Deputy
Clerk/Other authorized person.

---

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.          _____
    Clerk of the Circuit Court      By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

11/28/2018

Exhibit A

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

___Harvey Fair_____    CASE NO._____
Plaintiff/Petitioner or In the Interest of
vs.
_Seminole Toyota_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __1____ dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?..!.Yes….No Does your Spouse Work?...Yes….No !   Annual Spouse Income?  $___17000_____

2. **I have a net income of $___235.00_____** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____. *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

Second Job ..................................... Yes $ _____ No   Veterans' benefits .................................... Yes $ _____no__ No !
Social Security benefits                        Workers compensation ............................ Yes $ _____no___ No !
For you ........................................ Yes $ 235.00_____  No  Income from absent family members ........ Yes $ _____no_____ No!
For child(ren) ............................... Yes $ _____no___ No    Stocks/bonds ............................................ Yes $ ____no_____ No
!!!Unemployment compensation ......... Yes $ ___no_____ No  Rental income ......................................... Yes $ _____no_____ No
Union payments .............................. Yes $ _____no___ No   Dividends or interest ............................... Yes $ _____no____ No
Retirement/pensions ....................... Yes $ _____no_____ No  Other kinds of income not on the list ........ Yes $ _____no_____ No
Trusts ................................................ Yes $ ____no_____  No Gifts ........................................................ Yes $ _____no_____ No

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*
Cash ............................................. Yes $_____ no No    Savings account ........................................... _____ Yes $ No
Bank account(s) .............................. Yes $_____ no No  Stocks/bonds .................................................. Yes _____ $ No
Certificates of deposit or                          Homestead Real Property* ............................ Yes $ No  _____
Money market accounts ................... Yes $ no_____ No Motor Vehicle* ................................................. Yes $            noNo
Boats* ......................................... Yes $_____ noNo     Non-homestead real property/real estate* ...... Yes $ No
                                                                 Other assets*                              Yes $_____No

Check one: I ( ) DO (!) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of $_70,000_____** as follows:  Motor Vehicle $___38000_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct  $__30,000_____, Credit Cards $_____7,000_____, Medical Bills $__200.00_____, Cost of medicines (monthly) $__150.00_____, Other $_____.

6. **I have a private lawyer in this case**………___Yes       _!__No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

Signed on _11-9-_____, 20_20___.       Harvey Keith Fair_____
_____04/25/1955_____     _____5108_____  Signature of Applicant for Indigent Status Harvey Keith Fair
     Year of Birth           Last 4 digits of Driver License or ID Number     Print Full Legal Name _____

Exhibit A

Email address: fairharveyk@gmail.com    Phone Number/s: 352=777-3382

_____53 Parker St E-201 Wallingford Ct 06492_____

Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____ Clerk/Deputy Clerk/Other authorized person.

_____

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.     _____

Clerk of the Circuit Court     By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

11/28/2018

Exhibit A

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

___Harvey Fair_____ CASE NO._____
Plaintiff/Petitioner or In the Interest of
vs.
_Seminole Toyota_____
Defendant//Respondent

### APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __1____dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?..!.Yes….No Does your Spouse Work?...Yes….No !   Annual Spouse Income?  $___17000_____

2. **I have a net income of $___235.00_____** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____. *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks  ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   Second Job ...................................... Yes $ _____ No   Veterans' benefits .................................... Yes $ _____no__ No !
   Social Security benefits                                                   Workers compensation ............................ Yes $ _____no___ No !
   For you ......................................... Yes $ 235.00_____ No  Income from absent family members ........ Yes $ _____no_____ No!
   For child(ren) ............................... Yes $ _____no___ No   Stocks/bonds ............................................ Yes $ ____no_____ No
   !!!Unemployment compensation ......... Yes $ ___no_____ No   Rental income ......................................... Yes $ _____no_____ No
   Union payments ............................. Yes $ _____no___ No    Dividends or interest ............................... Yes $ _____no____ No
   Retirement/pensions ...................... Yes $ _____no____ No   Other kinds of income not on the list ........ Yes $ _____no_____ No
   Trusts ............................................ Yes $ ____no____ No   Gifts ........................................................ Yes $ _____no_____ No

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, <u>although I may agree to pay more if I choose to do so.</u>

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*
   Cash ............................................. Yes $_____noNo      Savings account ............................................  _____ Yes $ No
   Bank account(s) .............................. Yes $_____noNo  Stocks/bonds .................................................. Yes _____ $ No
   Certificates of deposit or                                Homestead Real Property* ............................ Yes $ No  _____
   Money market accounts ................... Yes $ no_____No Motor Vehicle* .................................................. Yes $ _____ noNo
   Boats* ......................................... Yes $_____noNo     Non-homestead real property/real estate* ...... Yes $ No
                                                         Other assets*                  Yes $_____ No

   Check one: I ( ) DO (!) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of $_70,000_____** as follows:  Motor Vehicle $___38000_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct  $__30,000_____, Credit Cards $_____7,000_____, Medical Bills $__200.00_____, Cost of medicines (monthly) $__150.00_____, Other $_____.

6. **I have a private lawyer in this case**………___Yes       _!__No

   A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

   Signed on _11-9-_____, 20_20___.      Harvey Keith Fair_____
   _____04/25/1955_____            5108_____ Signature of Applicant for Indigent Status Harvey Keith Fair
         Year of Birth        Last 4 digits of Driver License or ID Number    Print Full Legal Name _____

Exhibit A

Email address: fairharveyk@gmail.com       Phone Number/s: 352=777-3382

_____53 Parker St E-201 Wallingford Ct 06492_____

Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____ Clerk/Deputy Clerk/Other authorized person.

---

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.        _____

  Clerk of the Circuit Court    By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

11/28/2018

Exhibit A

IN THE CIRCUIT/COUNTY COURT OF THE ____Ninth_____ JUDICIAL CIRCUIT
IN AND FOR _____Orange_____ COUNTY, FLORIDA

___Harvey Fair_____
NO._____
Plaintiff/Petitioner or In the Interest of

CASE 2020-CA-11514-O

vs.

_Seminole Toyota_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __1____ dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?..!.Yes….No  Does your Spouse Work?...Yes….No !   Annual Spouse Income? $___17000_____

2. **I have a net income of $___235.00_____** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____. *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly (!) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   Second Job ...................................... Yes $ _____ No   Veterans' benefits ..................................... Yes $ _____no__ No !
   Social Security benefits                                              Workers compensation ............................. Yes $ _____no___ No !
   For you ......................................... Yes $ 235.00_____ No   Income from absent family members ........ Yes $ _____no_____ No!
   For child(ren) ............................... Yes $ _____no___ No   Stocks/bonds .............................................. Yes $ ____no_____ No
   !!!Unemployment compensation ......... Yes $ ___no_____ No   Rental income ........................................... Yes $ ____no_____ No
   Union payments .............................. Yes $ _____no___ No   Dividends or interest ................................ Yes $ _____no____ No
   Retirement/pensions ....................... Yes $ _____no_____ No  Other kinds of income not on the list ........ Yes $ _____no_____ No
   Trusts ................................................ Yes $ ____no_____ No Gifts .......................................................... Yes $ _____no_____ No

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets**: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*
   Cash ............................................. Yes $_____noNo     Savings account ............................................ _____
   Yes $ No                                                                                                                                                    _____
   Bank account(s) .............................. Yes $_____noNo Stocks/bonds .................................................. Yes _____
   $ No                                                                                                                                                             _____
   Certificates of deposit or                               Homestead Real Property* ............................ Yes $ No _____
   Money market accounts ................... Yes $ no_____No Motor Vehicle* ................................................. Yes $       noNo
   Boats* ........................................ Yes $_____noNo    Non-homestead real property/real estate* ...... Yes $ No
                                                        Other assets*             Yes $_____No

   Check one: I ( ) DO (!) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. **I have total liabilities and debts of $_70,000_____** as follows:  Motor Vehicle $___38000_____, Home $_____, Boat $_____, Non-homestead Real Property $_____, Child Support paid direct  $__30,000_____, Credit Cards $____7,000_____, Medical Bills $__200.00_____, Cost of medicines (monthly) $__150.00_____, Other $_____.

6. **I have a private lawyer in this case**………___Yes       _!__No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge**.

Signed on _11-9-_____, 20_20___.     _Harvey Keith Fair_____
_____04/25/1955_____          5108_____  Signature of Applicant for Indigent Status Harvey Keith Fair
    Year of Birth        Last 4 digits of Driver License or ID Number     Print Full Legal Name _____

Exhibit A

Email address: fairharveyk@gmail.com     Phone Number/s: 352=777-3382

_____53 Parker St E-201 Wallingford Ct 06492_____

Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____ Clerk/Deputy

Clerk/Other authorized person.

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____11/23/2020_____, 20 ____.    Tiffany Moore Russell
         Clerk of the Circuit Court       By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

11/28/2018

Exhibit A